## 30309. SHANNON COMPANY, INC. v. HENEVELD et al.

UNDERCOFLER, Presiding Justice.

The denial of a motion to set aside a default judgment is an appealable judgment without a certificate of immediate review. *Farr v. Farr,* 120 Ga. App. 762 (172 SE2d 158) (1969); *Mayson v. Malone,* 122 Ga. App. 814 (2) (178 SE2d 806) (1970). The authorities relied upon by the Court of Appeals in the instant case for a contrary conclusion are inapposite.

The motion to dismiss the application for certiorari is denied.

*Judgment reversed and remanded for decision on the merits. All the Justices concur.*

ARGUED NOVEMBER 12, 1975 — DECIDED DECEMBER 2, 1975.

*Skinner, Wilson, Beals & Strickland, Warner R. Wilson, Jr., Earl B. Benson, Jr.,* for appellant.

*Rolader, Barham, Davis, Graham & McEvoy, Lawrence J. McEvoy, D. W. Rolader,* for appellees.